ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Mountain Movers Construction, Inc. | ) ASBCA No. 63701 |
| | ) |
| Under Contract No. FA4690-11-D-1005-5402 | ) |

APPEARANCE FOR THE APPELLANT:       Timothy A. Furin, Esq.
                                                                        Scale, LLP
                                                                        San Francisco, CA

APPEARANCES FOR THE GOVERNMENT:     Caryl A. Potter III, Esq.
                                                                        Air Force Deputy Chief Trial Attorney
                                                                     Maj Ashley Ruhe, USAF
                                                                     Maj Oladipo O. Odejide, USAF
                                                                        Trial Attorneys

OPINION BY ADMINISTRATIVE JUDGE MCILMAIL

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $88,000. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: November 21, 2023

_____
TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                      I concur

RICHARD SHACKLEFORD                           OWEN C. WILSON
Administrative Judge                          Administrative Judge
Acting Chairman                               Vice Chairman
Armed Services Board                          Armed Services Board
of Contract Appeals                           of Contract Appeals


I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA No. 63701, Appeal of Mountain
Movers Construction, Inc., rendered in conformance with the Board's Charter.

Dated: November 21, 2023


PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2